# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: ACE American Insurance Co. v. H&K International, Inc., et al.  
Case Number: 1:22-cv-4053

An appearance is hereby filed by the undersigned as attorney for:

ACE American Insurance Company (Plaintiff)

Attorney name (type or print): Christopher A. Wadley

Firm: Walker Wilcox Matousek LLP

Street address: One N. Franklin St., Ste. 3200

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6278651  
(See item 3 in instructions)

Telephone Number: 312-244-6717

Email Address: cwadley@walkerwilcox.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
- ☐ Retained Counsel
- ☐ Appointed Counsel

If appointed counsel, are you
- ☐ Federal Defender
- ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08-04-2022

Attorney signature: S/ Christopher A. Wadley

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015