UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-4053 ) |
| H&K INTERNATIONAL, INC. f/k/a H&K DALLAS, INC., BRS INSURANCE COMPANY, and MCDONALD'S CORPORATION, | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTIFICATION OF AFFILIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, ACE American Insurance Company states as follows:

ACE American Insurance Company is a wholly owned subsidiary of INA Holdings Corporation, which is a wholly owned subsidiary of INA Financial Corporation. INA Financial Corporation is a wholly owned subsidiary of INA Corporation, which is a wholly owned subsidiary of Chubb INA Holdings Inc. Chubb INA Holdings Inc. is owned 80% by Chubb Group Holdings Inc. and 20% by Chubb Limited. Chubb Group Holdings Inc. is a wholly owned subsidiary of Chubb Limited. Chubb Limited is a publicly-traded company (NYSE: CB).

Dated: August 4, 2022.            Respectfully submitted,

                                  *s/Christopher A. Wadley*
                                  Christopher A. Wadley,
                                  Attorney for ACE American
                                  Insurance Company

Walker Wilcox Matousek LLP
Christopher A. Wadley (#6278651)
Eric D. Blanchard (#6269430)
One N. Franklin St., Ste. 3200
Chicago, IL 60606
(312) 244-6700
cwadley@walkerwilcox.com
eblanchard@walkerwilcox.com