**EXHIBIT A-5**

Form 406
(Revised 01/10)

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
Filing Fee: See instructions



**Amendment to Registration**

This space reserved for office use.

**FILED**
In the Office of the
Secretary of State of Texas

MAR 25 2011

Corporations Section

## Entity Information

1. The legal name of the filing entity is:

**H&K Dallas Inc.**

*State the name of the entity as currently shown in the records of the secretary of state.*

2. If the entity attained its registration under an assumed name, the qualifying assumed name as shown on the records of the secretary of state is:

3. The registration was issued to the entity on: **12/16/1993**
   *mm/dd/yyyy*

   The file number issued to the filing entity by the secretary of state is: **9820006**

## Amendments to Application

4. The registration is amended to change the legal name of the entity as amended in the entity's jurisdiction of formation. The new name is:

**H & K International Inc.**

5. The new name of the entity is not available for use in Texas or fails to include an appropriate organizational designation. Or, the entity wishes to amend the qualifying assumed name stated on its application for registration or amended registration. The assumed name the entity elects to adopt for purposes of maintaining its registration is:

6. The registration is amended to change the business or activity stated in its application for registration or amended registration. The business or activity that the entity proposes to pursue in this state is:

The entity certifies that it is authorized to pursue the same business or activity under the laws of the entity's jurisdiction of formation.

Form 406

**RECEIVED**
MAR 25 2011
Secretary of State



## Other Changes to the Application for Registration

7. The foreign filing entity desires to amend its application for registration to make changes other than or in addition to those stated above. Statements contained in the original application or any amended application are identified by number or description and changed to read as follows:

## Effectiveness of Filing (Select either A, B, or C.)

A. [✓] This document becomes effective when the document is filed by the secretary of state.

B. [ ] This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. [ ] This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: **March 25, 2011**

_Guy D. Wade_
Signature of authorized person (see instructions)

**Guy Wade, Secretary**
Printed or typed name of authorized person.

Form 406

# Delaware

PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "H & K DALLAS INC.", CHANGING ITS NAME FROM "H & K DALLAS INC." TO "H & K INTERNATIONAL INC.", FILED IN THIS OFFICE ON THE TWENTY-SECOND DAY OF DECEMBER, A.D. 2010, AT 1:15 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE THIRTIETH DAY OF DECEMBER, A.D. 2010.

2363553 8100

110343298

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 8650546

DATE: 03-25-11

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:13 PM 12/22/2010
FILED 01:15 PM 12/22/2010
SRV 101222858 - 2363553 FILE

## CERTIFICATE OF AMENDMENT
## TO
## CERTIFICATE OF INCORPORATION

It is hereby certified that:

**FIRST.** The name of the corporation is H & K Dallas Inc. (the "*Corporation*"). The date of filing of the Corporation's original Certificate of Incorporation in Delaware was December 13, 1993.

**SECOND.** Article FIRST of the Certificate of Incorporation of the Corporation is hereby amended to read as follows:

The name of the Corporation is **H & K International Inc.**

**THIRD.** This Certificate of Amendment to the Certificate of Incorporation of the Corporation herein certified has been duly adopted by the board of directors and the sole shareholder by written consent in accordance with the provisions of Sections 228 and 242 of the General Corporation Law of the State of Delaware.

**FOURTH.** This Amendment shall be effective as of the 30th day of December, 2010.

IN WITNESS WHEREOF, the undersigned has executed this Certificate as of the 21st day of December, 2010.

H & K DALLAS INC.,
a Delaware corporation

By: *Guy Wade*
Guy Wade,
Secretary

d-1919970_1.DOC