**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division**

Ace American Insurance Co.
                            Plaintiff,

v.                                                Case No.: 1:22−cv−04053
                                                                        Honorable Gary Feinerman

HK International, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 17, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion to dismiss [28] is granted. The claims against Defendant Steadfast Insurance Company are dismissed pursuant to the parties' stipulation [Dkt. 28 1]. The Clerk is directed to terminate Steadfast Insurance Company as a party defendant. Motion for discovery [29] is granted. Plaintiff may take jurisdictional discovery of Defendant HK International, Inc. The briefing schedule on Defendant HK International's motion to dismiss/abstain [18] is amended as follows. Plaintiff shall respond to the motion by 12/12/2022; Defendant shall reply by 1/5/2023. The motion hearing set for 11/17/2022 [19] is stricken and re−set for 1/10/2023 at 9:00 a.m. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.