# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Ace American Insurance Co.

                    Plaintiff,

v.                                           Case No.: 1:22−cv−04053

                                                          Honorable Gary Feinerman

HK International, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 18, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion to dismiss [32] is granted. The claims against Defendant KGK Management, Inc. are dismissed pursuant to the stipulation (Dkt. 32 at 3−4). The Clerk is directed to terminate KGK Management, Inc. as a party defendant.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.