**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 1:22-cv-04053 |
| H&K INTERNATIONAL, INC. f/k/a H&K DALLAS, INC., BRS INSURANCE COMPANY, MCDONALD'S CORPORATION, and AUTO OWNERS INSURANCE COMPANY, ) ) ) ) ) ) ) | Hon. Sharon Johnson Coleman |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

ACE American Insurance Company, H&K International, Inc. f/k/a H&K Dallas, Inc., BRS Insurance Company, McDonald's Corporation, and Auto Owners Insurance Company (each a "Party" and collectively the "Parties"), by their respective undersigned attorneys, stipulate to the dismissal of this action, with prejudice, per Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each Party shall bear its own costs.

| ACE AMERICAN INSURANCE COMPANY | H&K INTERNATIONAL, INC. f/k/a H&K DALLAS, INC. |
|---|---|
| s/Christopher A. Wadley | s/Justin K. Ratley (with consent) |
| Christopher A. Wadley | Justin K. Ratley |
| Walker Wilcox Matousek | Munsch Hardt Kopf & Harr P.C. |
| One N. Franklin St. Ste. 3200 | 700 Milam St. Ste. 800 |
| Chicago, IL 60606 | Houston, TX 77002 |
| (312) 244-6700 | (713) 222-4087 |
| cwadley@walkerwilcox.com | jratley@munsch.com |

(Signatures continue on next page.)

| BRS INSURANCE CO. and MCDONALD'S CORPORATION | AUTO OWNERS INSURANCE COMPANY |
|---|---|
| s/Robert M. Andalman (with consent)<br>Robert M. Andalman<br>A&G Law LLC<br>542 S. Dearborn, 10th Fl.<br>Chicago, IL 60605<br>(312) 348-7629<br>randalman@aandglaw.com | s/Roland S. Keske (with consent)<br>Roland S. Keske<br>Leahy, Eisenberg & Frankel<br>33 W. Monroe St., Ste. 1100<br>Chicago, IL 60603<br>(312) 368-4554<br>rsk@lefltd.com |